UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:24-cr-76-WWB-RMN
18 U.S.C. § 641
18 U.S.C. § 1001(a)(2)

TERESA EVE HUNT
a/k/a Eve Hunt

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Theft of Government Property)

Beginning in or around April 2016, and continuing through in or around March 2020, in the Middle District of Florida and elsewhere, the defendant,

**TERESA EVE HUNT**
**a/k/a/ Eve Hunt,**

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, Social Security benefits, with the intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## COUNT TWO
### (Theft of Government Property)

Beginning in or around April 2016, and continuing through in or around May 2020, in the Middle District of Florida and elsewhere, the defendant,

**TERESA EVE HUNT**
**a/k/a/ Eve Hunt,**

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Department of Veterans Affairs (VA), a department and agency of the United States, that is, VA benefits, with the intent to deprive the United States and the VA of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## COUNT THREE
### (False Statement to a Federal Agency)

On or about January 13, 2020, in the Middle District of Florida, the defendant,

**TERESA EVE HUNT**
**a/k/a/ Eve Hunt,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, in an application for Supplemental Security Income submitted to the Social Security Administration, the defendant represented that she did not receive and did not expect to receive any other

2

income besides Social Security benefits, when in truth and in fact, as the defendant then and there well knew, the defendant received and expected to receive other income.

In violation of 18 U.S.C. § 1001(a)(2).

## COUNT FOUR
### (False Statement to a Federal Agency)

On or about February 4, 2020, in the Middle District of Florida, the defendant,

**TERESA EVE HUNT**
**a/k/a/ Eve Hunt,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, on a Work History Report submitted to the Social Security Administration, the defendant represented that her mother was still alive, when in truth and in fact, as the defendant then and there well knew, her mother had died in 2016.

In violation of 18 U.S.C. § 1001(a)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture in the amount of $121,977.95, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Matthew J. Del Mastro
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

5

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

TERESA EVE HUNT
a/k/a Eve Hunt

## INDICTMENT

Violation:

18 U.S.C. § 641
18 U.S.C. § 1001(a)(2)

A true bill

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Foreperson

Filed in open court this 27th day of March, 2024.

_____
Clerk

Bail  $_____

GPO 863 525